DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD L. RYNEARSON, III

     Plaintiff,

v.

ROBERT FERGUSON, Attorney General of the State of Washington,

and

TINA R. ROBINSON, Prosecuting Attorney for Kitsap County,

     Defendants.

NO. 2:17-cv-1042

DECLARATION OF RICHARD LEE RYNEARSON, III IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Richard Lee Rynearson, III, hereby declare as follows:

1.     I am an adult competent to give testimony under oath in a court of law. The information contained herein is based on my personal knowledge and belief.

2.     I am retired from the United States Air Force. Beginning while I was in the Air Force, I became very actively engaged online in activism related to preventing police abuse. I also tried to raise awareness of the erosion of civil liberties, and the expansion of executive power, related to the war on terror. To do this, I wrote a blog and engaged actively on various social media sites and internet forums, including Facebook. In particular, I criticized the Obama administration's decision to target and kill American citizens, based solely on executive-branch determinations, using drone strikes outside of war zones.

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 1

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

3.     While in the military, I also criticized the Obama administration's decision to lobby for, sign, and defend on appeal section 1021 of the National Defense Authorization Act ("NDAA") of 2012, which in my view (and the opinion of District Judge Katherine Forrest of the Southern District of New York) purports to authorize military detention of American citizens and lawful permanent residents pursuant to the laws of war—which means without trial and effectively indefinitely.

4.     When I retired from the military, I moved to Bainbridge Island, Washington. My wife and I decided to move to the Island nearly ten years before I retired, and we bought a residence on the Island five years before my retirement. Given my interest in defending civil liberties from encroachment in the post-September-11 era, I was very interested to learn of the role of Bainbridge Island in the Japanese-American internment—one of the worst civil-liberties violations in our history. Bainbridge Island was the first location in the United States from which Japanese-Americans were rounded up and taken to internment camps. The local newspaper, the Bainbridge Island Review, was one of the few newspapers in the country to take a stand against the internment, and the support of the community resulted in the Island having one of the highest rates of return of Japanese-American families after the war ended.

5.     Once I learned of this history, and years before I moved to Bainbridge Island, I began to follow the work of the Bainbridge Island Japanese-American Exclusion Memorial, and to highlight the good work of the Memorial to preserve this history and to present that history as a reminder for present-day debates on civil liberties during war. For example, in November of 2014, I blogged about the death of Fumiko Hayashida, an internee from Bainbridge Island who was featured in an iconic photograph of the internment. My blog post linked to a video about the Memorial. In November 2015, I shared (on a public Facebook page I managed) a video featuring Clarence Moriwaki, the founder of the Memorial, discussing the internment. I commented, "Excellent discussion on American soldiers forcing American citizens onto trains and taking them to concentration camps here in America.  Incredibly important stuff, especially today." In December 2015, I shared (again on a public Facebook page) a post by Mr. Moriwaki about a

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 2

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

1   petition responding to politicians referencing the internment as a precedent. I stated, "There has

2   been too much talk of bringing concentration camps back in America and fortunately the

3   Japanese-American community is sounding the alarm."

4         6.     I shut down my blog when I retired from the military. I shifted my online

5   advocacy and activism on indefinite-detention and executive-power issues to Facebook, and

6   particularly two Facebook groups/pages. One is a Facebook group called "WWIII Japanese-

7   American Internment," which I started in October 2016. The reference to "World War III" in the

8   title of the group was meant to refer to the possibility that something like the internment could

9   happen in some future (or even current) war. When I moved to Bainbridge Island, I began

10   looking for a Facebook group that was focused on presenting the lessons of the internment's

11   history and its relevance for current debates, but discovered that most of the groups focused on

12   the internment either implicitly or expressly prohibited posts connecting the internment to

13   current political debates. I therefore started the "WWIII Japanese-American Internment" group

14   to provide a place to discuss the lessons of the internment for the modern era. Because of that

15   purpose, the NDAA of 2012 has been a frequent topic of discussion in the group.

16         7.     The other Facebook page is called SB 5176 – Block Indefinite Detention. It is

17   designed to gather support for Washington Senate Bill 5176, which would prohibit Washington

18   officials from cooperating with any federal effort to exercise the detention authority of section

19   1021 against citizens or lawful permanent residents in Washington. I started it soon after I

20   learned of the bill, in February 2017. I stopped actively posting on the page when the bill was not

21   voted out of committee in this year's regular session, but plan to revive the page for the 2018

22   regular session.

23         8.     When I began to engage in online speech and discussion about the lessons of the

24   internment for the modern era, I came to know of or interact with several of the leaders of civic

25   groups related to the internment in the Seattle area. One was Tom Ikeda, founding Executive

26   Director of Densho, a Seattle-area nonprofit with the mission to "educate, preserve, collaborate

27   and inspire action for equity." Densho "preserve[s] and make[s] accessible primary source

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 3

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

materials on the World War II incarceration of Japanese Americans" and present[s] these materials … for their historic value and as a means of exploring issues of democracy, intolerance, wartime hysteria, civil rights and the responsibilities of citizenship in our increasingly global society." Another such person was Mr. Moriwaki, the founder and current board member and spokesperson of the Bainbridge Island Japanese-American Memorial.

9. I became disillusioned with many of the leaders in the movement to preserve and teach the lessons of the internment because they either failed to condemn the indefinite-detention provisions of the NDAA of 2012 or only weakly condemned that law and continued to strongly support the politicians who had enacted it. Those politicians include President Obama, who lobbied for the elimination of an American-citizen exclusion from section 1021 of the NDAA and signed the bill into law and Governor Inslee, who voted for it when he was a member of Congress.

10. I came to believe that the civic leaders who represented the face of the internment's lessons to the public chose to use the internment as a platform to criticize only Republican politicians (now, chiefly President Trump), and that this lack of evenhandedness damaged the credibility of the movement. This was brought home to me through my in-person and online advocacy for SB 5176, when self-identified conservatives routinely responded to my entreaties to support the bill with the (erroneous) critique that I only cared about the issue now that President Trump was in office, and that I (or "the left") had ignored the NDAA when President Obama signed it.

11. Because of this disillusionment, I began to post public criticism of the civic leaders mentioned above online. For example, in December 2016, I posted a "note" (a long form post on Facebook akin to a blog post) in the WWIII Japanese-American Internment Facebook group entitled "Why the Next Trains Will Have Densho Bumper Stickers." In the note, I stated that "Mr. Ikeda, like so many in the community, in my experience, is a public supporter of President Obama" and that I had asked him "how he could proclaim 'let it not happen again' while at the same time publicly supporting a President who has paved the way for it to happen

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 4

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

again" but that he had not answered. I also stated that "Mr. Ikeda is not alone in his hypocrisy," and criticized him for calling for his supporters to contact the Los Angeles Times to complain about the Times publishing a view on the internment with which Mr. Ikeda disagreed, rather than "fight[ing] bad speech" by "add[ing] our own better speech."

12.     I also criticized Mr. Moriwaki, the founder of the Memorial and a figure often featured in news articles about the Memorial and its lessons for modern politics. For example:

a.   On February 5, 2017, I posted a "meme" with Mr. Moriwaki's picture as the background image with the text "Clarence Moriwaki claims 'Let it not happen again'... yet vocally supports Jay Inslee (who voted for the 2012 NDAA which legalized it happening again) & supports President Obama, who signed the bill into law and drew criticism from the Executive Director of the ACLU for legalizing indefinite detention." I accompanied the meme with the comment "Clarence Moriwaki, long time president of the Bainbridge Island Japanese American Exclusion Memorial, vocally and enthusiastically supports two politicians who have expressly made it 'legal' for presidents to once again have our military arrest American citizens in America without charge or trial and throw them into military prison camps indefinitely. This is the president of a memorial that has the motto 'Let It Not Happen Again....'"

b.   On February 6, 2017, in response to someone else's post about SB 5176 in the WWIII Japanese-American Internment group, I commented "Clarence Moriwaki has also refused to get the word out about this bill on his FB page. It's like he and Tom Ikeda would rather President Trump have the power to use the military to arrest Muslim Americans without charge or trial and throw them into military prisons indefinitely RATHER than support a bill that would overturn the work of their beloved President Obama."

c.   On February 7, 2017, I shared a story about the Hedges v. Obama lawsuit (which challenged the NDAA of 2012) to the WWIII Japanese-American Internment group

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

with a comment reading, in part, "For those worried about president Trump disappearing Americans without charge or trial….here is a great interview from the liberal man, Chris Hedges, who sued the government to stop this unconstitutional power and he references what happened to our Japanese American neighbors in the 1940s. While Judge Forrest issued an injunction, sadly the appeals court reversed it and the Supreme Court (which got it wrong in every single case concerning the Japanese American internment) refused to hear this lawsuit. This is the power that was signed into law by the politicians that are so vocally celebrated by Clarence Moriwaki, Tome Ikeda, and even George Takei. Never underestimate the power of Power to corrupt even those whose parents were victimized."

d. On February 5, 2017, I created a Facebook page for the purpose of criticizing Mr. Moriwaki and calling for his removal from his role as board member and representative of the Memorial. The Facebook page was initially named "Clarence Moriwaki of Bainbridge Island," but the page name was subsequently changed to "Not Clarence Moriwaki of Bainbridge Island."

e. On February 6, 2017, I explained that this page "is meant to be a discussion concerning our view that public figure, Clarence Moriwaki, President of the Bainbridge Island Japanese American Exclusion Memorial, is unfit to be the President or board member for our memorial."

f. The page includes general posts about the NDAA of 2012 along with posts critical of President Obama, Governor Inslee, and Mr. Moriwaki. For example, on February 23, 2017, I posted a photo of President Obama and Governor Inslee with the text, "Jay Inslee Voted For The NDAA of 2012 Which Gave Presidents The Power to Use the Military to Indefinitely Detain Americans Without Charge or Trial – Obama Signed It Into Law and Defended That Power In Court – If This Is Your View of 'Never Again' Then You're Doing It Wrong…"

g. An example of a post critical of Mr. Moriwaki is a post from February 23, 2017, that

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 6

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

states in part "Clarence Moriwaki is a frequent spokesman for Bainbridge Island and for our memorial and he considers himself a part time journalist and is frequently in the media representing our community. We think he is a very poor reflection on our community and our values."

13.  Due to these posts and other similar online speech, Mr. Moriwaki filed a report with the Bainbridge Island Police Department. The police found probable cause to believe that I intended to harass Mr. Moriwaki using electronic communication repeatedly and at times anonymously and therefore there was probable cause for a cyberstalking charge. The posts described in paragraph 12 were all attached to the police report. A true and correct copy of those screen captures of the posts is attached as **Exhibit A** hereto. Mr. Moriwaki also claimed physical stalking to the police, but the police department eliminated the stalking charge. The police department forwarded the cyberstalking report to the Kitsap County Prosecutor.

14.  Mr. Moriwaki also applied for, and received, an ex parte temporary protective order. The temporary protective order requires, among other things, that I remove any public webpages and any Facebook page with Mr. Moriwaki's name. Order in *Moriwaki v. Rynearson*, No. 12-17 (Bainbridge Island Mun. Ct. Mar. 13, 2017) (requiring me to "remove public webpages/Facebook page with Petitioner's name"). A true and correct copy of the temporary protective order is attached as **Exhibit B** hereto. The hearing on a permanent protective order has not yet been held. Because of the temporary protective order, I have de-published the "Not Clarence Moriwaki of Bainbridge Island" Facebook page. I have also made the WWIII Japanese-American Internment group a non-public, closed group.

15.  The attorney who represents me in the protective order case communicated on several occasions with a Kitsap County Deputy Prosecutor. In an email exchange in June 2017 regarding the potential for criminal charges, the prosecutor stated he was not going to charge me "at this time," but he was not "formally declining" charges, either. The prosecutor indicated that he was going to "sit on it" with the hope that I will follow the temporary protective order described above. The prosecutor further stated that he would "revisit the charging decision" if he

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 7

DocuSign Envelope ID: E98CE304-9839-43FF-9B3D-23CD20D12956

1    got any further referrals about me. A true and correct copy of the email exchange with the

2    prosecutor dated June 15, 2017 is attached as **Exhibit C** hereto. My understanding is that the

3    statute of limitations for cyberstalking is two years.

4    16.    I would like to resume my criticism of Mr. Moriwaki through online speech not

5    barred by the temporary protective order or, if that order is lifted, by re-publishing the "Not

6    Clarence Moriwaki of Bainbridge Island" Facebook page. I also intend to engage in substantially

7    similar criticism of other civic leaders in the future. I sometimes use provocative rhetoric to

8    make my critiques about the lack of evenhandedness in applying the lessons of the internment,

9    for example by analogizing having someone uncritical of the NDAA as the spokesperson of the

10    Japanese-American Exclusion Memorial as being like a neo-Nazi representing a Holocaust

11    memorial. I would use similar rhetoric in the future. However, given that the police found

12    probable cause for cyberstalking based on my past speech, the prosecutor did not decline

13    charges, and the Kitsap Prosecutor's Office has indicated it is keeping an eye out for any

14    complaints from my future speech, I have a genuine fear that I am likely to be prosecuted for any

15    online speech that the target of my criticism finds embarrassing, harassing, or unpleasant.

16    17.    Given Mr. Moriwaki's filing of a police report based on my past speech, and the

17    interconnectedness of the leaders of the various Seattle-area organizations related to the

18    internment, I also think it is reasonably likely that anything I say critical of any leader in that

19    movement is likely to be reported to the police or a prosecutor, resulting in a "referral" that

20    would cause the Kitsap Prosecutor's Office to charge me. For those reasons, I have censored

21    what I say online since I learned of the police report. In particular, I have made no online

22    statements about Mr. Moriwaki or Mr. Ikeda, and have stopped making posts in the WWIII

23    Japanese-American Internment Facebook group altogether.

24    I declare under penalty of perjury under the laws of the United States and the State of

25    Washington that the foregoing is true and correct.

26    Dated: July 11, 2017

Richard Lee Rynearson III

Richard Lee Rynearson, III

DECLARATION OF RICHARD LEE RYNEARSON, III
CASE NO. 2:17-cv-1042 - 8

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel (206) 529-4827
Fax (206) 260-3966

# EXHIBIT A



**Richard Lee**
February 5 at 6:56pm

Clarence Moriwaki, long time president of the Bainbridge Island Japanese American Exclusion Memorial, vocally and enthusiastically supports two politicians who have expressly made it "legal" for presidents to once again have our military arrest American citizens in America without charge or trial and throw them into military prison camps indefinitely. This is the president of a memorial that has the motto "Let It Not Happen Again..."



Like

Share
11
Comments



**Lara O'Neal Jones** I don't believe that targeting a particular person like this is helpful. Please try and focus on positive action.
Like · February 7 at 8:26am

**Richard Lee** Lara, the conversation I want to have is about how our memorial's president not only supports politicians who make what FDR did to Japanese Americans legal to do again, but also how our memorial's president demonizes and shuns those who are different.

How do I have that conversation about a public person in our community who censors and bans those with differing views in personal discussion (and who also left this group that I invited him into after making only one post), while also alleviating your concerns?

**10**

**Jason Casella** shared Tenth Amendment Center's post.
January 22 at 9:17am



**Tenth Amendment Center**Like Page
January 21 at 4:41pm
"A bill introduced in the Washington state Senate would prohibit the state from assisting the federal
government with indefinite detention without due process u...

See More



## Washington Bill Would Help Block Indefinite Detention in the State

OLYMPIA, Wash. (Jan. 20, 2017) – A bill introduced in the Washington state Senate would prohibit the state from assisting the
federal government with...
BLOG.TENTHAMENDMENTCENTER.COM

Like

Share
Seen by 3

22
**Comments**
View 1 more comment



**Jonathan Songer** Wouldn't it be nice if Washington state honored the Second Amendment too?
Like · 1 · January 28 at 2:11pm



**Richard Lee** Clarence Moriwaki has also refused to get the word out about this bill on his FB page. It's like he and Tom Ikeda
would rather President Trump have the power to use the military to arrest Muslim Americans without charge or trial and throw

them into military prisons indefinitely RATHER than support a bill that would overturn the work of their beloved President Obama.

Like · February 6 at 7:30am

**Richard Lee** shared a link.
February 7 at 2:38pm

For those worried about president Trump disappearing Americans without charge or trial....here is a great interview from the liberal man, Chris Hedges, who sued the government to stop this unconstitutional power and he references what happened to our Japanese American neighbors in the 1940s. While Judge Forrest issued an injunction, sadly the appeals court reversed it and the Supreme Court (which got it wrong in every single case concerning the Japanese American internment) refused to hear this lawsuit.

This is the power that was signed into law by the politicians that are so vocally celebrated by Clarence Moriwaki, Tom Ikeda, and even George Takei.

Never underestimate the power of Power to corrupt even those whose parents were victimized. How easily



**Chris Hedges NDAA Lawsuit Update**

#ChrisHedges#Hedges#science#technology#discover#documentdiscover#Physicists#debate#philosophy#Atheist#
YOUTUBE.COM

**Like**

**Share**

**14**

9

From "Clarence Moriwaki of Bainbridge Island" FB Page



Clarence
Moriwaki of
Bainbridge
Island
@BIClarenceMoriwaki



DocuSign Envelope ID: E98CE304-9839-43FE-9B3D-23CD20D12956

**Posts**

 **Clarence Moriwaki of Bainbridge Island**
February 6 at 8:28am · 🌐                                          

This page is meant to be a discussion concerning our view that public figure, Clarence Moriwaki, President of the Bainbridge Island Japanese American Exclusion Memorial, is unfit to be President or board member for our memorial.

While the goal of this page is to discuss serious issues of public interest, and to be challenging and honest, we also endeavor to ensure any discussion is civil. None of us are perfect and the rebuke of a friend is to be trusted over the kisses of a... See More



### Chris Hedges: NDAA Lawsuit Update

Follow Sierra @
http://www.twitter.com/sierra_adamson Sierra...

YOUTUBE.COM                          **Learn More**

 Like        🖼 Comment        ⤴ Share

🖒 1                                          Chronological ▾

View 1 more comment

 **Clarence Moriwaki of Bainbridge Island** For those unfamiliar with the law that Clarence's beloved politicians passed and signed without so much as a cross word from Clarence who remained their loyal supporter...

https://youtu.be/RNcbsB1Pizg



### The NDAA Explained in 3 Minutes - YouTube

YOUTUBE.COM

Like · Reply · 4 hrs

**77**

DocuSign Envelope ID: E98CE304-9839-43FE-9B3D-23CD20D12956

 **Clarence Moriwaki of Bainbridge Island**
21 hrs · 🌐

Clarence Moriwaki worked for one of these politicians and vocally supports both. Is that compatible with "Let It Not Happen Again?" We don't think so.



👍 Like          💬 Comment          ➦ Share

 7

1 share

          Write a comment...                    📷   ☺

---

See All

---

Posts

 **Clarence Moriwaki of Bainbridge Island** added a new photo.
21 hrs · 🌐

**CLARENCE MORIWAKI ACCEPTS HONOR & HAS NO SHAME**

DocuSign Envelope ID: E98CE304-9839-43FE-9B3D-23CD29D12956

 **Clarence Moriwaki of Bainbridge Island**
21 hrs · 🌐

Don't know Clarence Moriwaki, the President of the Bainbridge Island Japanese American Exclusion Memorial? He's a public figure who has spent his time a) in public office, b) running for public office, and c) working as a press secretary or in Public Relations as a "media strategist" for politicians in public office.

Clarence Moriwaki is a frequent spokesman for Bainbridge Island and for our memorial and he considers himself a part time journalist and is frequently in the media representing our community.

We think he is a very poor reflection on our community and our values.

 ### Clarence Moriwaki | LinkedIn

View Clarence Moriwaki's professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like Clarence Moriwaki discover inside connections to recommended job...

LINKEDIN.COM

| Learn More |

👍 Like          💬 Comment          ➦ Share

 3

 Write a comment...                                    📷 ☺

**83**

# EXHIBIT B

RECEIVED

MAR 1 3 2017

POLICE DEPT.



FILED

MAR 13 2017
BAINBRIDGE ISLAND
MUNICIPAL COURT

| BAINBRIDGE ISLAND MUNICIPAL COURT<br>Kitsap County, Washington | Mail: PO Box 151, Rollingbay, WA 98061<br>Location: 10255 NE Valley Rd, Bainbridge Island, WA<br>Phone # 206-842-5641      Fax # 206-842-0316<br>Email: court@bainbridgewa.gov |
|---|---|

CLARENCE MOMWAKI
_____
Petitioner (Person Protected),          DOB

vs.

RICK RYNEARSON aka ▮▮▮▮▮▮
_____
Respondent (Person Restrained).         DOB

RICHARD LEE

No. 17-17

**Temporary Protection Order and Notice of Hearing – Stalking (TMOSTKH)**
(Clerk's action required)
Next Hearing Date and Time:
3/27 ~~17~~ / PM

At: BAINBRIDGE ISLAND
MUNICIPAL COURT

**Respondent's Distinguishing Features:**

_____

_____

Caution:  Access to weapons: ☐ yes ☐ no
☒ unknown

**Respondent Identifiers**

| Sex | Race | Hair |
|---|---|---|
| M | WHITE | BRN |
| Height | Weight | Eyes |
| 5'8" | 230 | BRN |

The protected person/s is/are the:

☒  Petitioner who is 16 years of age or older and filed on his or her own behalf.

☐  Petitioner/s who is/are the following minor child/ren on whose behalf the petition was filed:

| Name<br>(First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |

    ☐ The child/ren's parent or guardian filed the petition; or
    ☐ A person who is not the parent or guardian, with whom the child/ren live/s, filed the petition; and the
       respondent is not the parent.

☐  Petitioner is a vulnerable adult as defined in RCW 74.34.020 or 74.34.021 on whose behalf the
    petition was filed. ☐ An interested person filed the petition.

The court has jurisdiction over the parties and the subject matter.  The respondent will be served notice of
his or her opportunity to be heard at the scheduled hearing.

No contact provisions begin on the next page.

the end of the hearing, noted above.

**The terms of this order shall be effective until:**

Based upon the petition, testimony, and case record, the court finds: 1) that the respondent committed stalking conduct against the protected person/s; 2) that there is good cause to grant each remedy, regardless of the lack of prior service or notice upon the respondent, because the harm which each remedy is intended to prevent would be likely to occur if the respondent were given any prior notice, or greater notice than was actually given, of the petitioner's efforts to obtain judicial relief. **It is ordered that:**

☒ **No-Contact:** respondent is *restrained* from having any contact, including nonphysical contact, with the  protected person/s directly, indirectly, or through third parties regardless of whether those third parties know of the order, except for mailing or service of process of court documents by a 3rd party or contact by respondent's lawyer/s.

☒ **Surveillance:** respondent is *prohibited* from keeping the protected person/s under surveillance, including electronic surveillance.

☒ **Exclude from places:** respondent is *excluded* from the protected person/s' ☒ residence ☒ workplace ☐ school ☐ day care  ☒ *PUBLIC EVENTS WHERE PETITIONER IS PRESENT*

☒ **Stay Away:** respondent is *prohibited* from knowingly coming within or knowingly remaining within ___*100 FT*___ (distance) of the protected person/s' ☒ residence ☒ workplace ☐ school ☐ day care. ☒ other: *REMOVE PUBLIC WEBPLACES/ WITH PETITIONERS NAME FACEBOOK PAGE*

☐ The address is confidential ☒ The petitioner waives confidentiality of the protected person's address which is:

---

☐   **Surrender of Weapons**

Respondent shall immediately surrender any firearms and other dangerous weapons to the person or agency named in the Order to Surrender Weapons (Issued without Notice) signed by the court on this date, under this cause number.

---

- The respondent is directed to appear and show cause why the court should not enter an order for protection effective for one year or more and order the relief requested by the petitioner or other relief the court deems proper, which may include payment of costs.
- **Failure to appear at the hearing or to otherwise respond will result in the court issuing an order for protection – stalking pursuant to RCW Title 7.92, effective for a minimum of one year from the date of the hearing.  The next hearing date and time is shown below the caption on page one.**
- The respondent may petition the court to modify or terminate the order if the respondent does not receive actual prior notice of the hearing and if the respondent alleges a meritorious defense to the order or that the order or its remedy is not authorized by this chapter.

---

**Warning to the Respondent**: A knowing violation of this stalking protection order is a criminal offense under chapter 26.50 RCW and will subject a violator to arrest.  *You can be arrested even if any person protected by the order invites or allows you to violate the order's prohibitions*. You have the sole responsibility to avoid or refrain from violating the order's provisions.  Only the court can change the order.

A knowing violation of this order is punishable under RCW 26.50.110.

Pursuant to 18 U.S.C. § 2265, a court in any of the 50 states, the District of Columbia, Puerto Rico, any United States territory, and any tribal land within the United States shall accord full faith and credit to the order.

### WACIC Data Entry

**It is ordered** that the clerk of court shall forward a copy of this order on or before the next judicial day to: _BANBRIDGE IS._____ ☐ County Sheriff's Office ☒ Police Department **where petitioner lives** which shall enter it in the Washington Crime Information Center.

### Service

☒ The clerk of court ☐ petitioner shall forward a copy of this order on or before the next judicial day to: _____ ☐ County Sheriff's Office ☒ Police Department **where respondent lives** which shall personally serve the respondent with a copy of this order and shall promptly complete and return to this court proof of service.

**Or** ☐ Petitioner has made private arrangements for service of this order.

**Or** ☐ Respondent appeared; further service is not required.

**This order is in effect until the next hearing date and time shown below the caption on page one.**

Dated _3/13/17_ at _8:35_ a.m/(p.m) _____ [signature]
                                                    Judge

Presented by:                                I acknowledge receipt of a copy of this Order:

_Clarence Moriwaki_ _3/13/2017_        _____
Petitioner/Petitioner's Lawyer    Date    Respondent                Date

_CLARENCE MORIWAKI_____        _____
Please print        WSBA NO.            Please Print

Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet.

# EXHIBIT C

## Alexander Savojni

| | |
|---|---|
| **From:** | Alexander Takos <atakos@co.kitsap.wa.us> |
| **Sent:** | Thursday, June 15, 2017 10:43 AM |
| **To:** | Alexander Savojni |
| **Subject:** | RE: Richard Lee Rynearson - Case Report: I17-000145 |

Alex,

I am not formally declining it and I am not going to charge it at this time. I am going to sit on it with the hope that Mr. Rynearson abides by the NCO that's in place. If I get any future referrals, I will revisit the charging decision.

That is all the information I can provide.

Thanks,

-Alex

**Alexander C. Takos**
Deputy Prosecuting Attorney
Kitsap County Prosecuting Attorney's Office
atakos@co.kitsap.wa.us
Phone: (360) 337-5680
Fax: (360) 337-4949

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete it from your computer. Thank you.

---

**From:** Alexander Savojni [mailto:alexander@rhodeslegalgroup.com]
**Sent:** Thursday, June 15, 2017 10:10 AM
**To:** Alexander Takos <atakos@co.kitsap.wa.us>
**Subject:** RE: Richard Lee Rynearson - Case Report: I17-000145

Alex,

Sorry to be a pest but my other Bainbridge Island case is circling back around next week and I know the Judge will want a status update on whether charges are going to be filed or not. Do you happen to have an idea when a decision will be made?

Thanks.

**Alexander Savojni**
**Attorney at Law**
**Rhodes Legal Group, PLLC**